McGRATH, Appellant, v. GROUT et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 4, 1902.) Action by Thomas McGrath against Edward M. Grout, as comptroller, etc., and others. No opinion. Motion for leave to appeal to the court of appeals granted, questions certified, and order signed.

In re McKALLOR et al. (Supreme Court, Appellate Division, Third Department. March 11, 1902.) In the matter of the examination of Edgar C. McKallor and Martha Bell Scott, judgment debtors, in proceedings supplementary to execution upon a judgment, etc. No opinion. Motion granted, on default, with $10 costs.

McLAUGHLIN v. MAYOR, etc. (Supreme Court, Appellate Division, First Department. February 21, 1902.) Action by Thomas J. McLaughlin against the mayor, etc. No opinion. Motion granted, with $10 costs.

In re MAHLSTEDT'S ESTATE. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) In the matter of the appraisal for taxation of the estate of J. Albert Mahlstedt, deceased. No opinion. Motion granted.

MAUM, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by James Maum against the Metropolitan Street Railway Company. PER CURIAM. Order denying motion to change venue reversed, with $10 costs and disbursements, and motion granted, with costs to the defendant to abide the event, on the ground that it appears by the papers, without contradiction, that the plaintiff was a resident of the county of New York at the time of the commencement of the action.

MAY et al., Appellants, v. SCHMIDT, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Nathan May and another against Charles A. Schmidt. No opinion. Judgment of the municipal court affirmed, with costs.

MILLER, Respondent, v. BENEDICT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 18, 1902.) Action by Frederick Miller, an infant, against M. Stuart Benedict and another. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the court of appeals denied.

MILLER, Respondent, v. CARPENTER, Appellant. (Supreme Court, Appellate Division, Second Department. March 7, 1902.) Action by Joseph O. Miller against Reese Carpenter. No opinion. Motion denied.

MINCK et al., Respondents, v. PUCKHABER, Appellant. (Supreme Court, Appellate Division, Second Department. March 19, 1902.) Action by Adolph Minck, Julius Minck, and George Doscher against John N. Puckhaber. No opinion. Judgment of the municipal court affirmed, with costs.

MORGAN et al., Respondents, v. MERCHANTS' CO-OPERATIVE FIRE INS. CO. OF CENTRAL NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by David H. Morgan and another against the Merchants' Co-operative Fire Insurance Company of Central New York. No opinion. Judgment and order affirmed, with costs.

MORRISON v. CITY OF SYRACUSE. (Supreme Court, Appellate Division, Fourth Department. March 25, 1902.) Action by Minnie Morrison against the city of Syracuse. PER CURIAM. Motion to amend order and judgment herein, entered July 30, 1900, granted, by adding thereto, "upon questions of law only, the court having examined the facts and found no error therein," without prejudice to any right which the defendant may have to move the court of appeals to dismiss the plaintiff's appeal for not having been duly and properly taken.

MULRY v. DAILY TELEGRAPH CO. (Supreme Court, Appellate Division, First Department. March 21, 1902.) Action by Lawrence V. Mulry against the Daily Telegraph Company. No opinion. Motion denied, upon payment of $10 costs, and, upon payment of an additional $10, leave given to apply to the court below to open default.

MURPHY et al., Appellants, v. PARSONS et al., Respondents. (Supreme Court, Appellate Division, First Department. March 7, 1902.) Action by James W. Murphy and another against John E. Parsons and another. W. Blaikie, for appellants. A. Stickney, for respondents. No opinion. Judgment and order affirmed, with costs.

NATIONAL GRAMOPHONE CORP., Respondent, v. McMILLAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1902.) Action by the National Gramophone Corporation against Norman McMillan. No opinion. Judgment affirmed, with costs.

NELLIS, Respondent, v. VILLAGE OF WEEDSPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 28, 1902.) Action by Byron D. Nellis against the village of Weedsport. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to withdraw its demurrer and serve an answer within 20 days upon payment of the costs of the demurrer and of this appeal.